**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAVON PIERCE, ) | No. EDCV 10-820-VAP(CW) |
| Petitioner, ) | JUDGMENT |
| v. ) | |
| HEDGEPETH (Warden), ) | |
| Respondent. ) | |

**IT IS ADJUDGED** that this petition is summarily dismissed as duplicative of another petition pending in this court.

DATED: September 13, 2011

VIRGINIA A. PHILLIPS
United States District Judge